B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Andrzejewski, Jeffrey J. | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): AKA Jeff Andrews | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): xxx-xx-0058 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 15 Southfield Dr. Vernon Hills, IL   ZIP Code: 60061 | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code: |
| County of Residence or of the Principal Place of Business: Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code: | Mailing Address of Joint Debtor (if different from street address):   ZIP Code: |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** David J. Schwab 6204333 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Andrzejewski, Jeffrey J. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ David J. Schwab　　　　　　　　　July 19, 2012<br>　　Signature of Attorney for Debtor(s)　　　　(Date)<br>　　David J. Schwab 6204333 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　_____
　　(Name of landlord that obtained judgment)

　　_____
　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Andrzejewski, Jeffrey J. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jeffrey J. Andrzejewski
Signature of Debtor  Jeffrey J. Andrzejewski

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

July 19, 2012
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** /s/ David J. Schwab
Signature of Attorney for Debtor(s)

David J. Schwab 6204333
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061

Address

847-367-9699  Fax: 847-367-9621
Telephone Number

July 19, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Jeffrey J. Andrzejewski                                                          Case No.
                                          Debtor(s)                                      Chapter    7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Jeffrey J. Andrzejewski
                     Jeffrey J. Andrzejewski

Date: July 19, 2012

```
AJR Mechanical
c/o Dressler & Peters, LLC
111 W. Washington St., Suite 1900
Chicago, IL 60602


Allan J. Coleman
5725 N. Ravenswood Ave.
Chicago, IL 60660


Allied Waste Services
13701 South Kostner
Crestwood, IL 60445


Ally Auto
P.O. Box 380901
Minneapolis, MN 55438


Apple Graphics
934 Paramount Pkwy
Batavia, IL 60510


Art Juhrend
P.O. Box 510
Lake Forest, IL 60045


Ashland Door Solutions
c/o Abrams & Abrams, P.C.
180 W. Washington St., Suite 910
Chicago, IL 60602


Board of Trustees of N. IL Benefit
c/o Arnold and Kadjan
203 N. LaSalle St., Suite 1650
Chicago, IL 60601


Bornquist, Inc.
7050 N. Lehigh Ave.
Chicago, IL 60646


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285
```

```
Casey Equipment Co., Inc.
1603 E. Algonquin Rd.
Arlington Heights, IL 60005


Cassidy Tire & Service
200 S. Church St.
Addison, IL 60101


Chase Freedom
P.O. Box 15298
Wilmington, DE 19850


Citi Card
Box 6500
Sioux Falls, SD 57117


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673-1236


Com Ed
Attn: Bkcy Group - Claims Dept.
3 Lincoln Center
Oakbrook Terrace, IL 60181


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


Corkill Insurance Agency, Inc.
25 Northwest Pt Blvd., Suite 625
Elk Grove Village, IL 60007


Crawford Supply Company
9645 West Willow Lane
Mokena, IL 60448


Discover Card
P.O. Box 30943
Salt Lake City, UT 84130


Exxon/Mobil
p.o. bOX 653072
Dallas, TX 75265-3072
```

Falson Supply Co.
10459 West Seymour Ave.
Franklin Park, IL 60131


Financial Management Services, Inc.
1001 Warrenville Rd., Suite 210
Lisle, IL 60532


First Bank Beverly Hills
c/o Winston & Strawn LLP
35 W. Wacker, Suite 4200
Chicago, IL 60601


Fox Valley Chlorinating Specialists
24W 134 St. Charles Rd.
Carol Stream, IL 60188


Gilco Scaffolding Company, LLC
515 Jarvis
Des Plaines, IL 60018


Hard Rock Technologies, Inc.
200 S. Pkwy.
Prospect Heights, IL 60070


Hilti Inc.
P.O. Box 21148
Tulsa, OK 74121-1148


Hilton Grand Vacations
P.O. Box 538636
Atlanta, GA 30353


Illinois Department of Revenue (p)
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Internal Revenue Service (p)
P.O. Box 7346
Philadelphia, PA 19101-7346

```
JCN Corporation
c/o Shefsky & Froelich Ltd.
111 E. Wacker Dr., Suite 2880
Chicago, IL 60601


Kirby Sheet Metal Works, Inc.
4209 S. Western Blvd.
Chicago, IL 60609-2280


KOLBI Pipe Marker Co.
416 Campus Dr.
Arlington Heights, IL 60004


Lift Works, Inc.
1130 Carolina, Unit F
West Chicago, IL 60185


Lindahl Brothers, Inc.
622 E. Green St.
Bensenville, IL 60106


LNV Corporation
c/o Tully & Weinstein
33 N. Dearborn, #2450
Chicago, IL 60602


M. Cooper Supply Co.
8605 Spring Lake Dr.
Mokena, IL 60448


Macy's
P.O. Box 8053
Mason, OH 45040


Mailing Solutions
140 N. Mitchell Ct.
Addison, IL 60101


Marc J. Chalfen
Kelly Olson Michod DeHaan & Richter
333 W. Wacker Dr., Suite 2000
Chicago, IL 60606
```

```
Marquette Bank
Corporate Center
10000 W. 151st St.
Orland Park, IL 60462


McCann
38951 Eagle Way
Chicago, IL 60678-1389


Menards
HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197


Metropolitan Industries, Inc.
37 Forest Dr.
Romeoville, IL 60446-1343


Northwest Auto Sales
5726 N. Northwest Highway
Chicago, IL 60646


On Deck Capital
155 E. 56th St., 4th Floor
New York, NY 10022


Osco Incorporated
13161 W. 143rd St., #202
Homer Glen, IL 60491


Pearl Cash LLC d/b/a Pearl Capital
c/o Korsinsky & Klein, LLP
2926 Avenue L
Brooklyn, NY 11210


Peoples Gas
130 E. Randolph St.
Chicago, IL 60601


Pfleeger & Company, P.C.
1104 W. Sigwalt St.
Arlington Heights, IL 60005
```

Plumbers' Local Union No. 93 U.A.
c/o Johnson & Krol LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Plumbers' Welfare Fund Local 130 UA
c/o Roetzel & Andress, LPA
20 N. Clark St., Suite 3200
Chicago, IL 60602-5093

Porter Pipe & Supply Co.
35049 Eagle Way
Chicago, IL 60678-1350

Praxair Distribution, Inc.
Dept. CH 10660
Palatine, IL 60055-0660

R A Daugherty Sales
c/o Tucker, Albin & Associates
1702 N. Collins Blvd., Suite 204
Richardson, TX 75080

Renaissance Construction Fasteners
2740 W Washington Blvd., Unit B
Bellwood, IL 60104

Rental Max
908 E. Roosevelt Rd.
Wheaton, IL 60187

Sewer Builders Supplies, Inc.
9001 S. Green St.
Chicago, IL 60620-2697

Shilvock Company, Inc.
2226 Milwaukee Ave.
Chicago, IL 60647

Springer Blue Print Service, Inc.
10640 S. Western Ave.
Chicago, IL 60643

Sunbelt Rentals
c/o CRF Solutions
2051 Royal Ave.
Simi Valley, CA 93065


Test Gauge & Backflow Supply Inc.
2587 Millennium Dr., Unit K2
Elgin, IL 60124


The Andrzejewski Corporation
d/b/a Bruno Francis Plumbing
3310 W. Columbus Ave.
Chicago, IL 60652


Time Savers, Inc.
c/o VeriCore
10115 Kincey Ave., Suite 100
Huntersville, NC 28078


Verizon Wireless
2401 Mall Dr.
Charleston, SC 29406


Warehouse Direct, Inc.
c/o Michael Davis Weis
P.O. box 1166
Northbrook, IL 60065


Waterware, Inc.
1829 S. State St.
Chicago, IL 60616


WCW Engineers, Inc.
760 Creel Dr.
Wood Dale, IL 60191


Wells Fargo Mortgage
P.O. Box 10335
Des Moines, IA 50306


Wells Fargo Mortgage
P.O. Box 14411
Des Moines, IA 50306